## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK FREW, | ) |
| Plaintiff(s), | ) |
| vs. | ) No.   04-CV-380 DRH |
| AMERICAN COMMERCIAL BARGE LINE, LLC, | ) |
| Defendant(s). | ) |

### ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This   22nd   day of   February  , 2006.

/s/             David   RHerndon
**UNITED STATES DISTRICT JUDGE**